ADOLPH PITAR, Respondent, v. A. SARTORIUS & Co., INC., and FRANZ NEUSCHAEFER, Appellants.— Order granting plaintiff's motion for examination of defendant Franz Neuschaefer, individually and as president of A. Sartorius & Co., Inc., before trial, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THOMAS F. DOHERTY, Appellant, against JAMES E. FINEGAN, President, and Others, Members of and Constituting the Municipal Civil Service Commission of the City of New York, and Another, Respondents.— Order denying petitioner's motion for an order of mandamus, directing defendants to give him a preference upon an eligible list for promotion to captain in the fire department, on the ground that he is a disabled veteran and to promote him to that rank as of November 1, 1933, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant, v. RAYMOND J. WATROUS and Another, Respondents.— Order granting defendants' motion for judgment dismissing the complaint for unreasonable neglect to proceed in action, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LUCIA CHASE EWING and Others, as Executors, etc., of THOMAS EWING, JR., Deceased, Respondents, v. BAY MINETTE LAND COMPANY, a Corporation Organized and Existing under the Laws of the State of Alabama, Appellant.— Order denying motion of defendant appearing specially to vacate and set aside service of summons, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs and the costs awarded by the court at Special Term. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

RUTH MARIE BARBER SOUDERS, Respondent, v. FRANK LEO SOUDERS, Appellant.— Order granting plaintiff's motion for alimony *pendente lite*, and directing the Sun Indemnity Insurance Company of New York to pay to plaintiff out of the funds due the defendant upon his compensation award the sum of five dollars per week, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of LOUIS DURR and Another, Respondents, for a Mandamus Order against PARAGON TRADING CORPORATION, a Domestic Corporation, Appellant.— Order granting petitioners' motion for a reargument, and upon reargument, vacating an order dated August 15, 1935, and granting to petitioners a peremptory order of mandamus compelling the Paragon Trading Corporation to permit a general inspection of its business books, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.